BECNEL LAW FIRM, L.L.C.
425 W. Airline Hwy., Suite B
Laplace, LA 70068
Telephone: 985-651-6101
Facsimile: 985-651-6104

Attorneys for Plaintiff
ROBERT McWHORTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION ) ) ) ) | Case No. M:05-CV-01699-CRB<br><br>MDL No. 1699<br>Case No. 06-3528-CRB<br>**District Judge: Charles R. Breyer** |
| Robert McWhorter<br><br>        Plaintiff,<br><br>vs.<br><br>Pfizer, Inc., et al.<br><br>        Defendants. ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff ROBERT McWHORTER and Defendants PFIZER, INC., et al., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

Dated: Jan 29, 2007        Becnel Law Firm L.L.C.

By: _/s/ Bradley D. Becnel_____
Bradley D. Becnel
Attorneys for Plaintiff
Robert McWhorter

1
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Dated: February 12, 2007        Winston & Strawn LLP

                                By: _____
                                    Julie A. Bauer
                                    Attorneys for Defendant
                                    Pfizer, Inc.

Dated: February 12, 2007        DLA Piper

                                By: _____
                                    Tracey Turner
                                    Attorneys for Defendant
                                    Pfizer, Inc.

Dated: 2/13, 2007               Gordon & Rees

                                By: _____
                                    Stuart M. Gordon
                                    Attorneys for Defendant
                                    Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 14, 2007            _____
                                Hon. Charles R. Breyer
                                United States District



IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE