Daniel E. Becnel, Jr.
Becnel Law Firm, L.L.C.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
Attorneys for Plaintiffs

FILED
JUL 27 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-3528 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Tilford Oliver Adams, Jr., et al.,<br><br>        Plaintiffs<br><br>vs.<br><br>Pfizer Inc,<br><br>        Defendant. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

  Come now the Plaintiffs, Moise Detillier, Dennis R. Hall, Carol Harless, Norma Bernoudy Lombard, Xuyen Thi Nguyen, and Linda Todaro, in the above-entitled action and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: July 27, 2010   By: _____

**BECNEL LAW FIRM, L.L.C.**
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

*Attorneys for Plaintiffs*

DATED: July 22, 2010   By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 23, 2010   _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE